# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEW 90, LLC AND LOUISIANA
WETLANDS, LLC

NO.   2019 CW 0421

VERSUS

GRIGSBY PETROLEUM, INC. AND
CHEVRON U.S.A., INC.

**OCTOBER 15, 2019**

---

In Re:   Chevron U.S.A., Inc., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 130528.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DISMISSED.**   This writ application is dismissed pursuant to relator's motion to dismiss advising that the parties have reached a settlement and requesting that this writ application be dismissed.

                         **PMc**
                         **JEW**
                         **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT